TRULINCS 30250050 - BUTLER, MOSHE - Unit: OTV-C-A

------------------------------------------------------------------------------------------------

FROM: 30250050
TO:
SUBJECT:
DATE: 11/29/2015 08:32:03 PM

FCI Otisville Camp
c/o Moshe Butler
Reg #: 30250-050
PO Box 1000
Otisville, NY 10963

November 29, 2015

The Honorable William H. Walls
United States District Judge
U.S. District Court, District of New Jersey
Martin Luther King, Jr Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:    United States of America v. Moshe Butler
        Crim. Nos. 11-CR-854 & 12-CR-278 (WHW)

Dear Judge Walls:

The purpose of this letter is to respectfully request the court amend my Judgment to expand the states to which I may travel without advance permission during my period of supervised release following my 63 month imprisonment to include New York, Pennsylvania and Florida as I've secured employment which requires me to be able to travel to those states. In addition, I respectfully request that the period of time that I have been granted to serve in the Newark halfway house (beginning on January 6, 2016), I be allowed instead to serve that time at my home with my wife and three young children under home confinement which is monitored by probation.

As your Honor may recall from the Pre-Sentencing report and the sentencing Memorandum that my attorneys submitted on my behalf, prior to my incarceration I was involved in working together with countless addicts and their families recovering from various addictions. Upon my release from the FCI Otisville, I am fortunate to be returning to that line of work. At my sentencing, AUSA Beck said "it is my hope that Mr. Butler returns to assisting people in the addiction community as he has shown a tremendous ability to help those in need, but at this time, he must pay for the crimes that he committed". Your Honor, throughout the past 45 months I've learned so much about myself which I never would have been able to learn otherwise. It has truly been a humbling and life altering experience. While at the time of my sentencing I didn't appreciate this gift that you gave to me - I am grateful to Your Honor today as it has literally saved my life.

With respect to my request to serve my "halfway house" time under home confinement monitored by the probation department: I have three young children, Amanda age 11, and twins Charlie and Gabriella age 6, who I have missed watching grow and have only appreciated from afar. Now I would be able to appreciate every moment that I spend together with them. I have a wife who has stood by me through this entire difficult journey and who I feel connected to more than ever before. However, this has come with a cost as my children are struggling both emotionally and academically and we rely on the assistance of our extended family to help us through. My wife works full time to pay the necessary bills, acts as both mother and father to our children, we are completely reliant on others generosity to help us; as three young children in grade school are extremely difficult for one parent to handle. My children are forced to see therapists each week to help them cope and navigate through this difficult ordeal that I have placed on them. Should Your Honor allow me to be home at night with them, will allow our family begin to heal the wounds that I have caused through my actions.

Please allow me to reiterate to the Court that I am not asking for a reduction of my sentence. I have already spent 45 months away from my family, including the initial 9 months in the Essex County jail and the Metropolitan Detention Center (MDC) where I was able to see my children only twice over the course of those months.

For the reasons above, I respectfully request that the Court enter the enclosed proposed form of Order which will expand the the states to which I may travel without advance permission throughout my time on supervised release to include New York, Florida and Pennsylvania. Additionally, that I be allowed to serve the time that I've been designated (beginning January 6,

TRULINCS  30250050 - BUTLER, MOSHE - Unit: OTV-C-A

-----------------------------------------------------------------------------------------------

2016) at the Newark halfway house to be served as home confinement monitored by the probation department.

Please construe this letter as a motion. I would be grateful if you would approve this request for the reasons set forth above. For convenience, I have included a proposed form of Order. If approved, I request that Your Honor's clerks please mail me signed copy to the address below.

Thank you for your consideration.

Respectfully submitted,

Moshe S. Butler

TRULINCS 30250050 - BUTLER, MOSHE - Unit: OTV-C-A

----------------------------------------------------------------------------------------------------

FROM: 30250050
TO:
SUBJECT:
DATE: 11/29/2015 09:33:30 PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )   Case No. 11-CR-854 & 12-CR-278 (WHW) |
| | ) |
| MOSHE BUTLER | ) |
| | ) |
|     Defendant | ) |
| | ) |

WILLIAM H. WALLS, DISTRICT JUDGE

This matter have been opened to the court by way of letter dated November 29, 2015 from Defendant (Pro Se). It is HEREBY ORDERED that:

1. The conditions of supervised release as set forth in the Court's Judgment on the day of sentencing dated June 13, 2012 are amended as set forth herein:

2. The Defendant shall not leave the judicial district without the permission of the Court or probation officer, except that he shall be permitted to travel to the states of Pennsylvania, Florida and New York without Mr. Butler obtaining such permission.

3. The Defendant shall be allowed to serve the remaining balance of his sentence, beginning on January 6, 2016 as home confinement with standard supervision by the probation department.

4. All other conditions of the supervised release set forth in the Judgment shall remain in full force and effect.

    IT IS SO ORDERED

Dated: _____, 2015    _____
                             HONORABLE WILLIAM H. WALLS
                             UNITED STATES DISTRICT JUDGE